UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | | |
|---|---|---|
| BRAD R. JOHNSON, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | **JUDGMENT IN A CIVIL CASE** |
| v. | ) | **CASE NO. 7:18-CV-14-D** |
| | ) | |
| | ) | |
| REBECCA ALLEN, BRANDON FULLER, | ) | |
| MICHAEL HODGES, JAMES SIMMONS, | ) | |
| THE BRUNSWICK COUNTY BOARD OF | ) | |
| EDUCATION, COUNTY OF BRUNSWICK, | ) | |
| STATE OF NORTH CAROLINA, and MOSE | ) | |
| HIGHSMITH, | ) | |
| | ) | |
| Defendants. | ) | |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS defendants' motions to dismiss [D.E. 11, 29, 39, 42], DISMISSES the complaint, DENIES as moot defendants' motions to strike [D.E. 50, 58, 60], DENIES as futile Johnson's motions to amend [D.E. 34, 64], and DENIES Johnson's motion for leave to file a surreply [D.E. 52].

**This Judgment Filed and Entered on September 7, 2018, and Copies To:**

| | |
|---|---|
| Brad R. Johnson | (Sent to 111 SE 14th Street Oak Island, NC 28465 via US Mail) |
| Christopher Geis | (via CM/ECF electronic notification) |
| Loryn Ashley Buckner | (via CM/ECF electronic notification) |
| Benton Louis Toups | (via CM/ECF electronic notification) |
| Elizabeth C. King | (via CM/ECF electronic notification) |
| Edwin L. West, III | (via CM/ECF electronic notification) |
| Sarah M. Saint | (via CM/ECF electronic notification) |

DATE:  PETER A. MOORE, JR., CLERK

September 7, 2018  (By) /s/ Nicole Sellers

Deputy Clerk